HONORABLE TANA LIN
Noted for Hearing: September 4, 2025

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BARBARA HARMAN, an individual, and JENNIFER LYON, an individual,<br><br>Plaintiffs,<br><br>Vs.<br><br>PHILIPS NORTH AMERICA, LLC, a foreign limited liability company,<br><br>Defendant. | NO.   Case No. 2:25-cv-01490-TL<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND CAPTION |

THIS COURT, having reviewed the Plaintiffs' Motion for Leave to Amend the Complaint, and the pleadings and files on record herein: The Court having considered the following pleadings and case file herein including:

1. Plaintiffs' Motion for Leave to Amend Complaint;

2. ~~Defendant's Opposition, if any; and~~

3. ~~Plaintiffs' Reply in Support of Motion for Leave to Amend Caption, if any;~~

Based thereon, and the Court otherwise deeming itself fully advised in the premises; now therefore, it is hereby ORDERED and ADJUDGED that:

The Plaintiffs' Motion for Leave to Amend the Complaint is hereby GRANTED. The caption shall be changed to reflect the proper spelling of Plaintiff Barbara Harmon's name as follows:

BARBARA HARMON, an individual, and JENNIFER LYON, an individual,

                Plaintiffs,

Vs.

PHILIPS NORTH AMERICA, LLC, a foreign limited liability company,

                Defendant.

Signed this 4th day of September, 2025.

_____
                HONORABLE TANA LIN